Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–28392–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jennifer Kesil
   aka Jennifer L. Jordan
   840 Marbro Ave
   Brick, NJ 08724–2131

Social Security No.:
   xxx–xx–4539

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 10/10/18 at 09:00 AM

to consider and act upon the following:

*43* – Motion to Approve Loan Modification with Quicken Loans Inc. Filed by Marc C. Capone on behalf of Jennifer Kesil. Objection deadline is 09/25/2018. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) (Capone, Marc)


Dated: 9/25/18

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court