Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17−28392−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jennifer Kesil
    aka Jennifer L. Jordan
    840 Marbro Ave
    Brick, NJ 08724−2131

Social Security No.:
    xxx−xx−4539

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on December 6, 2017.

On September 28, 2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:             November 14, 2018
Time:             10:00 AM
Location:         Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3.  **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 2, 2018
JAN: wdr

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                         Case No. 17-28392-KCF
Jennifer Kesil                                                 Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3        User: admin              Page 1 of 2             Date Rcvd: Oct 02, 2018
                            Form ID: 185             Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2018.
db             Jennifer Kesil,    840 Marbro Ave,    Brick, NJ 08724-2131
cr            +Anthony DeGennaro, MD,    370 Highway 35,    Suite 100,    Red Bank, NJ 07701-5922
cr            +Quicken Loans Inc.,    Stern Eisenberg, PC,    1040 N. Kings Highway,    Suite 407,
                Cherry Hill, NJ 08034-1925
517155925     +Anthony DeGennaro,    Att: Collins Vella Casello,    2317 Highway 34 Suite 1A,
                Manasquan, NJ 08736-1443
517152248     +Anthony DeGennaro, M.D.,    370 State Highway 35, Suite 100,    Red Bank, NJ 07701-5922
517059662      Attorney General,    US Dept. of Justice Ben Franklin Station,    PO Box 683,
                Washington, DC 20044-0683
517059663      Chase Card Services,    Attn: Correspondence,    PO Box 15278,    Wilmington, DE 19850-5278
517519340      ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
517519341      ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408,    ECMC,    PO BOX 16408,
                ST. PAUL, MN 55116-0408
517059665      Flagship Condominium Association,    60 N Maine Ave,    Atlantic City, NJ 08401-5518
517059667      KML Law Group,    316 Haddon Ave Ste 406,    Westmont, NJ 08108-1235
517066156      Navient Solutions, LLC on behalf of USA Funds,    Attn: Bankruptcy Litigation Unit E3149,
                PO Box 9430,    Wilkes Barre, PA 18773-9430
517059668      New Jersey Attorney General Office,    Richard Hughes Justice Complex,    25 Market St,
                Trenton, NJ 08611-2148
517059669     +P H E A A/HCB,    Attn: Bankruptcy,    1200 N 7th St Fl 3,    Harrisburg, PA 17102-1444
517094348     +PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
517059670      Penn Credit,    Attn:Bankruptcy,    PO Box 988,    Harrisburg, PA 17108-0988
517059671      Penn Credit,    PO Box 1259,    Oaks, PA 19456-1259
517059672     #Penn Credit Corporation,    916 S 14th St,    Harrisburg, PA 17104-3425
517059673      PheAA,    PO Box 61047,    Harrisburg, PA 17106-1047
517059674      Pioneer Credit,    26 Edward St,    Arcade, NY 14009-1012
517059675      Professional Assistance of NJ,    742 Alexander Rd Ste 105,    Princeton, NJ 08540-6327
517059677      Robert Grossman, M.D.,    1131 Broad St,    Shrewsbury, NJ 07702-4329
517098770     +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
517229192    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Department of Treasury,
                Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
517059678      Santander Consumer USA,    PO Box 961245,    Fort Worth, TX 76161-0244
517059679     +State of NJ- Div of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
517350924      US Department of Education,    P.O. Box 16448,    St. Paul, MN 55116-0448
517059680      US Dept Ed,    ECMC/Bankruptcy,    PO Box 16408,    Saint Paul, MN 55116-0408
517059681      US Dept of Education,    PO Box 5609,    Greenville, TX 75403-5609
517059682      USA Funds/Sallie Mae Servicing,    CBE Group,    PO Box 900,    Waterloo, IA 50704-0900
517542775     +United Student Aid Funds, Inc (USAF),    PO Box 8961,    Madison WI 53708-8961

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 02 2018 23:38:16      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 02 2018 23:38:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517059659      E-mail/Text: seinhorn@ars-llc.biz Oct 02 2018 23:38:55      Ability Recovery Service,
                 1 Montage Mountain Rd Ste A,    Moosic, PA 18507-1777
517059661      E-mail/Text: seinhorn@ars-llc.biz Oct 02 2018 23:38:55      Ability Recovery Services,
                 PO Box 4031,    Wyoming, PA 18644-0031
517059660      E-mail/Text: seinhorn@ars-llc.biz Oct 02 2018 23:38:55      Ability Recovery Services,
                 PO Box 4262,    Scranton, PA 18505-6262
517059664      E-mail/Text: mrdiscen@discover.com Oct 02 2018 23:37:06      Discover,   PO Box 15316,
                 Wilmington, DE 19850-5316
517059666      E-mail/Text: cio.bncmail@irs.gov Oct 02 2018 23:37:30      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517144421     +E-mail/Text: bankruptcyteam@quickenloans.com Oct 02 2018 23:38:34      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
517059676      E-mail/Text: bankruptcyteam@quickenloans.com Oct 02 2018 23:38:34      Quickn Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517100287*    +PHEAA,    POB 8147,    Harrisburg, PA 17105-8147
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2                 Date Rcvd: Oct 02, 2018
                              Form ID: 185             Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2018 at the address(es) listed below:
```
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Joseph  Casello    on behalf of Creditor Anthony  DeGennaro, MD jcasello@cvclaw.net,
           jcasello627@gmail.com
          Marc C. Capone    on behalf of Debtor Jennifer   Kesil mcapone@caponeandkeefe.com,
           docs@caponeandkeefe.com
          Rebecca Ann Solarz    on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com
          Steven P. Kelly    on behalf of Creditor   Quicken Loans Inc. skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```