**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**1** Valuation of Security    **0** Assumption of Executory Contract or Unexpired Lease    **1** Lien Avoidance

---

Last Revised September 1, 2018

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

IN RE:                                                                                     Case No. **3:17-bk-28392**

                                                                                           Judge _____

**Kesil, Jennifer**
_____
                        Debtor(s)

### AMENDED CHAPTER 13 PLAN AND MOTIONS

[ ] Original                    [X] Modified/Notice Required            Date: **September 20, 2018**

[X] Motions Included            [ ] Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

[ ] DOES [X] DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

[X] DOES [ ] DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

[X] DOES [ ] DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: **MCC**        Initial Debtor: **JK**            Initial Co-Debtor:

**Part 1: Payment and Length of Plan**

a. The debtor has paid **$6,680.00** to date and then shall pay $ **670.00** per **month** to the Chapter 13 Trustee, starting on **10/01/2018** for approximately **48** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
   **[X]** Future Earnings
   **[ ]** Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
   **[ ]** Sale of real property
   Description:
   Proposed date for completion: _____

   **[ ]** Refinance of real property
   Description:
   Proposed date for completion: _____

   **[ ]** Loan modification with respect to mortgage encumbering property
   Description:
   Proposed date for completion: _____

d. **[ ]** The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. **[ ]** Other information that may be important relating to the payment and length of plan:

**Part 2: Adequate Protection [X] NONE**

a. Adequate protection payments will be made in the amount of $ **None** to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to _____ (creditor).

**Part 3: Priority Claims (Including Administrative Expenses)**

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Capone & Keefe, PC** | Administrative Expense | **2,245.00** |
| **Internal Revenue Service** | Taxes | **11,449.40** |
| **State of NJ- Div of Taxation** | Taxes | **3,030.23** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
**[X]** None
**[ ]** The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| **None** | | | |

**Part 4: Secured Claims**

**a. Curing Default and Maintaining Payments on Principal Residence: [X]NONE**

The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **None** | | | | | |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: [X] NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **None** | | | | | |

**c. Secured claims excluded from 11 U.S.C. 506: [X] NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| **None** | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments [ ] NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| **Robert Grossman, M.D.** | 840 Marbro Ave, Brick, NJ 08724-2131 | 16,639.70 | 227,311.00 | 227,311.00 | 0.00 | 0.00% | 0.00 |
| **Internal** | 840 Marbro Ave, | 48,840.00 | 231,142.83 | 227,311.00 | 7,494.83 | 0.00% | 7,494.83 |

3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Revenue Service | Brick, NJ 08724-2131 & Furniture and appliances & TVs and computer & 2012 Cervelo P2 & Clothing & TD Bank - Chec | | | 0 | | | |
| Santander Consumer USA | 2010 Honda Civic | 9,716.00 | 7,750.00 | 0.00 | 7,750.00 | 4.75% | 8,722.00 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender [X] NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **None** | | | |

**f. Secured Claims Unaffected by the Plan [ ] NONE**

The following secured claims are unaffected by the Plan:
**Quicken Loans**

**g. Secured Claims to Be Paid in Full Through the Plan [X] NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **None** | | |

**Part 5: Unsecured Claims [ ] NONE**

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

   ___ Not less than $ _____ to be distributed *pro rata*
   **X** Not less than **0.00** percent
   ___ *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured Claims** shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| **None** | | | |

**Part 6: Executory Contracts and Unexpired Leases [X] NONE**

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be | Nature of Contract or | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|

| | Cured in Plan | Lease | | |
|---|---|---|---|---|
| **None** | | | | |

## Part 7: Motions [ ] NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served.**

   **a. Motion to Avoid Liens under 11 U.S.C. Section 522(f).** [ ] NONE
   The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| **None** | | | | | | | |

   **b. Motion to Void Liens and Reclassify Claim from Secured to Completely Unsecured.** [ ] NONE

   The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| **Robert Grossman, M.D.** | 840 Marbro Ave, Brick, NJ 08724-2131 | 16,639.70 | 227,311.00 | 227,311.00 | 0.00 | 0.00 |

   **c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** [ ] NONE

   The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| **Internal Revenue Service** | 840 Marbro Ave, Brick, NJ 08724-2131 & Furniture and appliances & TVs and computer & 2012 Cervelo P2 & Clothing & TD Bank - Chec | 48,840.00 | 231,142.83 | 7,494.83 | 41,345.17 |
| **Santander Consumer USA** | 2010 Honda Civic | 9,716.00 | 7,750.00 | 7,750.00**plus interest at 4.75% for a total of $8,722.00 | 1,966.00 |

## Part 8: Other Plan Provisions

   **a. Vesting of Property of the Estate**

   __X__ Upon Confirmation
   ___ Upon Discharge

5

**b. Payment Notices**

Creditors and Lessors provided for in Sections 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) **Trustee Commissions**
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

**d. Post-petition claims** The Standing Trustee **[ ]** is, **[X]** is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9: Modification [ ] NONE**

If this plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: **10/19/2017**

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified. |
|---|---|
| **Debtor received a Loan Modification.** | **To remove loan modification provisions from plan.** |

Are Schedules I and J being filed simultaneously with this Modified Plan?  **[ ]** Yes  **[X]** No

**Part 10: Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

**[X]** NONE
**[ ]** Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, Chapter 13 Plan and Motions, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: **September 25, 2018**     /s/ **Jennifer Kesil**
                                  Debtor

6

Date: **September 25, 2018**

Joint Debtor

Date: **September 25, 2018**     */s/ Marc Capone*
Attorney for the Debtor(s)

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                         Case No. 17-28392-KCF
Jennifer Kesil                                                 Chapter 13
         Debtor
                                 CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2                  Date Rcvd: Oct 02, 2018
                              Form ID: pdf901             Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2018.
db             Jennifer Kesil,    840 Marbro Ave,    Brick, NJ 08724-2131
cr            +Anthony DeGennaro, MD,    370 Highway 35,    Suite 100,    Red Bank, NJ 07701-5922
cr            +Quicken Loans Inc.,    Stern Eisenberg, PC,    1040 N. Kings Highway,    Suite 407,
                Cherry Hill, NJ 08034-1925
517155925     +Anthony DeGennaro,    Att: Collins Vella Casello,    2317 Highway 34 Suite 1A,
                Manasquan, NJ 08736-1443
517152248     +Anthony DeGennaro, M.D.,    370 State Highway 35, Suite 100,    Red Bank, NJ 07701-5922
517059662      Attorney General,    US Dept. of Justice Ben Franklin Station,    PO Box 683,
                Washington, DC 20044-0683
517059663      Chase Card Services,    Attn: Correspondence,    PO Box 15278,    Wilmington, DE 19850-5278
517519340      ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
517519341      ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408,    ECMC,   PO BOX 16408,
                ST. PAUL, MN 55116-0408
517059665      Flagship Condominium Association,    60 N Maine Ave,    Atlantic City, NJ 08401-5518
517059667      KML Law Group,    316 Haddon Ave Ste 406,    Westmont, NJ 08108-1235
517066156      Navient Solutions, LLC on behalf of USA Funds,     Attn: Bankruptcy Litigation Unit E3149,
                PO Box 9430,    Wilkes Barre, PA 18773-9430
517059668      New Jersey Attorney General Office,     Richard Hughes Justice Complex,    25 Market St,
                Trenton, NJ 08611-2148
517059669     +P H E A A/HCB,    Attn: Bankruptcy,    1200 N 7th St Fl 3,    Harrisburg, PA 17102-1444
517094348     +PHEAA,   PO Box 8147,    Harrisburg PA 17105-8147
517059670      Penn Credit,    Attn:Bankruptcy,    PO Box 988,    Harrisburg, PA 17108-0988
517059671      Penn Credit,    PO Box 1259,    Oaks, PA 19456-1259
517059672     #Penn Credit Corporation,    916 S 14th St,    Harrisburg, PA 17104-3425
517059673      PheAA,   PO Box 61047,    Harrisburg, PA 17106-1047
517059674      Pioneer Credit,    26 Edward St,    Arcade, NY 14009-1012
517059675      Professional Assistance of NJ,    742 Alexander Rd Ste 105,    Princeton, NJ 08540-6327
517059677      Robert Grossman, M.D.,    1131 Broad St,    Shrewsbury, NJ 07702-4329
517098770     +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
517229192     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,     Department of Treasury,
                Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
517059678      Santander Consumer USA,    PO Box 961245,    Fort Worth, TX 76161-0244
517059679     +State of NJ- Div of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
517350924      US Department of Education,    P.O. Box 16448,    St. Paul, MN 55116-0448
517059680      US Dept Ed,    ECMC/Bankruptcy,    PO Box 16408,    Saint Paul, MN 55116-0408
517059681      US Dept of Education,    PO Box 5609,    Greenville, TX 75403-5609
517059682      USA Funds/Sallie Mae Servicing,    CBE Group,    PO Box 900,    Waterloo, IA 50704-0900
517542775     +United Student Aid Funds, Inc (USAF),    PO Box 8961,    Madison WI 53708-8961

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 02 2018 23:38:16      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 02 2018 23:38:13      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd., One Newark Center, Suite 2100,
                Newark, NJ 07102-5235
517059659      E-mail/Text: seinhorn@ars-llc.biz Oct 02 2018 23:38:55      Ability Recovery Service,
                1 Montage Mountain Rd Ste A,    Moosic, PA 18507-1777
517059661      E-mail/Text: seinhorn@ars-llc.biz Oct 02 2018 23:38:56      Ability Recovery Services,
                PO Box 4031,    Wyoming, PA 18644-0031
517059660      E-mail/Text: seinhorn@ars-llc.biz Oct 02 2018 23:38:56      Ability Recovery Services,
                PO Box 4262,    Scranton, PA 18505-6262
517059664      E-mail/Text: mrdiscen@discover.com Oct 02 2018 23:37:06      Discover,   PO Box 15316,
                Wilmington, DE 19850-5316
517059666      E-mail/Text: cio.bncmail@irs.gov Oct 02 2018 23:37:31      Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA 19101-7346
517144421     +E-mail/Text: bankruptcyteam@quickenloans.com Oct 02 2018 23:38:34      Quicken Loans Inc.,
                635 Woodward Avenue,    Detroit, MI 48226-3408
517059676      E-mail/Text: bankruptcyteam@quickenloans.com Oct 02 2018 23:38:34      Quickn Loans,
                1050 Woodward Ave,    Detroit, MI 48226-1906
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517100287*     +PHEAA,   POB 8147,    Harrisburg, PA 17105-8147
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Oct 02, 2018
                              Form ID: pdf901          Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2018 at the address(es) listed below:

```
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Joseph    Casello    on behalf of Creditor Anthony   DeGennaro, MD jcasello@cvclaw.net,
               jcasello627@gmail.com
              Marc C. Capone    on behalf of Debtor Jennifer    Kesil mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
              Steven P. Kelly    on behalf of Creditor    Quicken Loans Inc. skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 7
```