MCC4785
MARC C. CAPONE, ESQ.
CAPONE & KEEFE, P.C.
60 HIGHWAY 71, UNIT 2
SPRING LAKE HEIGHTS, NJ 07762
(732) 528-1166
ATTORNEYS FOR DEBTOR

**Order Filed on October 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:                                                                                Chapter 13

Jennifer Kesil                                                                    Case No.: 17-28392 (KCF)

                                                                                        Hearing Date:

**ORDER GRANTING APPLICATION FOR ALLOWANCE
OF ATTORNEY'S FEES**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: October 26, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

(Page 2)

Debtor(s):   Jennifer Kesil
Case No.:    17-28392 (KCF)
Caption of Order:   **Order Granting Application for Allowance of Attorney's Fees**

The applicant having certified to additional legal work having been done after entry of the confirmation order and the debtor having not objected to the aforesaid fees, it is:

**ORDERED** that Capone & Keefe, the applicant, is allowed a fee of **$1,300.00** for services rendered as set forth in applicant's Certification of Debtors' Counsel Supporting Application for Attorney's Fees. The allowance shall be payable:

      **X**      **$1,300.00** through the Chapter 13 plan as an administrative priority; and

      ___      **$**_____ outside the plan.

The Debtor's monthly plan payment is modified to require a payment of:

**$697.00** per month for **48** months

United States Bankruptcy Court
District of New Jersey

In re:  
Jennifer Kesil  
       Debtor

Case No. 17-28392-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Oct 26, 2018  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2018.  
db        Jennifer Kesil,    840 Marbro Ave,    Brick, NJ    08724-2131

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2018 at the address(es) listed below:

      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
      Albert   Russo    docs@russotrustee.com  
      Joseph  Casello    on behalf of Creditor Anthony   DeGennaro, MD jcasello@cvclaw.net, jcasello627@gmail.com  
      Marc C. Capone    on behalf of Debtor Jennifer   Kesil mcapone@caponeandkeefe.com, docs@caponeandkeefe.com  
      Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com  
      Steven P. Kelly    on behalf of Creditor    Quicken Loans Inc. skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

    TOTAL: 7