| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jennifer Kesil<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–4539<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–28392–MBK | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jennifer Kesil
aka Jennifer L. Jordan

<u>8/29/22</u>              **By the court:** <u>Michael B. Kaplan</u>
                                 United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)(C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                      Case No. 17-28392-MBK

Jennifer Kesil                                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin            Page 1 of 3

Date Rcvd: Aug 29, 2022          Form ID: 3180W          Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jennifer Kesil, 840 Marbro Ave, Brick, NJ 08724-2131 |
| cr | + | Anthony DeGennaro, MD, 370 Highway 35, Suite 100, Red Bank, NJ 07701-5922 |
| cr | + | Quicken Loans Inc., Stern Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| cr | + | Quicken Loans, LLC formerly known as (FKA) Quicken, Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| 517066156 | ++ | ASCENDIUM EDUCATION SOLUTIONS INC, PO BOX 8961, MADISON WI 53708-8961 address filed with court:, Navient Solutions, LLC on behalf of USA Funds, Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 517155925 | + | Anthony DeGennaro, Att: Collins Vella Casello, 2317 Highway 34 Suite 1A, Manasquan, NJ 08736-1443 |
| 517152248 | + | Anthony DeGennaro, M.D., 370 State Highway 35, Suite 100, Red Bank, NJ 07701-5922 |
| 517059662 | | Attorney General, US Dept. of Justice Ben Franklin Station, PO Box 683, Washington, DC 20044-0683 |
| 517059665 | | Flagship Condominium Association, 60 N Maine Ave, Atlantic City, NJ 08401-5518 |
| 517059667 | | KML Law Group, 316 Haddon Ave Ste 406, Westmont, NJ 08108-1235 |
| 517059668 | | New Jersey Attorney General Office, Richard Hughes Justice Complex, 25 Market St, Trenton, NJ 08611-2148 |
| 517059670 | | Penn Credit, Attn:Bankruptcy, PO Box 988, Harrisburg, PA 17108-0988 |
| 517059671 | | Penn Credit, PO Box 1259, Oaks, PA 19456-1259 |
| 517059672 | | Penn Credit Corporation, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 517059674 | | Pioneer Credit, 26 Edward St, Arcade, NY 14009-1012 |
| 517059675 | | Professional Assistance of NJ, 742 Alexander Rd Ste 105, Princeton, NJ 08540-6327 |
| 517059679 | + | State of NJ- Div of Taxation, PO Box 046, Trenton, NJ 08601-0046 |
| 517229192 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517059680 | | US Dept Ed, ECMC/Bankruptcy, PO Box 16408, Saint Paul, MN 55116-0408 |
| 517059682 | | USA Funds/Sallie Mae Servicing, CBE Group, PO Box 900, Waterloo, IA 50704-0900 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 29 2022 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 29 2022 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517059659 | | Email/Text: mnapoletano@ars-llc.biz | Aug 29 2022 20:33:00 | Ability Recovery Service, 1 Montage Mountain Rd Ste A, Moosic, PA 18507-1777 |
| 517542775 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Aug 29 2022 20:32:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708 |
| 517059660 | | Email/Text: mnapoletano@ars-llc.biz | Aug 29 2022 20:33:00 | Ability Recovery Services, PO Box 4262, Scranton, PA 18505-6262 |
| 517059661 | | Email/Text: mnapoletano@ars-llc.biz | Aug 29 2022 20:33:00 | Ability Recovery Services, PO Box 4031, Wyoming, PA 18644-0031 |

Case 17-28392-MBK    Doc 81    Filed 08/31/22    Entered 09/01/22 00:12:47    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 29, 2022 | Form ID: 3180W | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| 517059664 | | EDI: DISCOVER.COM | Aug 30 2022 00:33:00 | Discover, PO Box 15316, Wilmington, DE 19850-5316 |
| 517519340 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 29 2022 20:33:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 517519341 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 29 2022 20:33:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 517059666 | | EDI: IRS.COM | Aug 30 2022 00:33:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517059663 | | EDI: JPMORGANCHASE | Aug 30 2022 00:33:00 | Chase Card Services, Attn: Correspondence, PO Box 15278, Wilmington, DE 19850-5278 |
| 517059669 | + | Email/Text: bncnotifications@pheaa.org | Aug 29 2022 20:32:00 | P H E A A/HCB, Attn: Bankruptcy, 1200 N 7th St Fl 3, Harrisburg, PA 17102-1444 |
| 517094348 | + | Email/Text: bncnotifications@pheaa.org | Aug 29 2022 20:32:00 | PHEAA, PO Box 8147, Harrisburg PA 17105-8147 |
| 517059673 | | Email/Text: bncnotifications@pheaa.org | Aug 29 2022 20:32:00 | PheAA, PO Box 61047, Harrisburg, PA 17106-1047 |
| 517144421 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 29 2022 20:33:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 517059676 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 29 2022 20:33:00 | Quickn Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 517098770 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 29 2022 20:33:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 517059678 | | Email/Text: enotifications@santanderconsumerusa.com | Aug 29 2022 20:33:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 517350924 | | Email/Text: EDBKNotices@ecmc.org | Aug 29 2022 20:32:00 | US Department of Education, P.O. Box 16448, St. Paul, MN 55116-0448 |
| 517059681 | | Email/Text: EDBKNotices@ecmc.org | Aug 29 2022 20:32:00 | US Dept of Education, PO Box 5609, Greenville, TX 75403-5609 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517100287 | *+ | PHEAA, POB 8147, Harrisburg, PA 17105-8147 |
| 517059677 | ##+ | Robert Grossman, M.D., 1131 Broad St, Shrewsbury, NJ 07702-4334 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Joseph Casello | on behalf of Creditor Anthony DeGennaro MD jcasello@cvclaw.net, jcasello627@gmail.com |
| Marc C Capone | on behalf of Debtor Jennifer Kesil ecf@gbclawgroup.com mcapone@ecf.courtdrive.com;e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;mcapone@gbclawgroup.com;jgillman@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor Quicken Loans Inc. rsolarz@kmllawgroup.com |
| Steven P. Kelly | on behalf of Creditor Quicken Loans Inc. skelly@sterneisenberg.com bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor Quicken Loans LLC formerly known as (FKA) Quicken Loans Inc. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10